**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

DAVARIOL MARQUAVIS TAYLOR,
# 940436,
      Petitioner,

v.                                         Case Number: 22-cv-10824

PURDOM, et al.,

      Respondent.
_____/

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

      Michigan state prisoner Davariol Marquavis Taylor filed a *pro se* civil rights complaint, but failed to pay the filing fee or, alternatively, to apply in the manner required by law to proceed without prepayment of the filing fee.  The court issued an order requiring Plaintiff to submit the filing fee or to file the necessary papers to proceed in forma pauperis, *i.e.*, a certified trust account statement and an affidavit of indigence as required by 28 U.S.C. § 1915(a)(2).  (ECF No. 5.)  The court cautioned that failure to correct the deficiency within 30 days would result in dismissal of the case without prejudice.  Plaintiff has failed to correct the deficiency in the time provided.

      Accordingly, the case is DISMISSED WITHOUT PREJUDICE.

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  October 24, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 24, 2022, by electronic and/or ordinary mail.

      S/Lisa Wagner
      Case Manager and Deputy Clerk
      (810) 292-6522